IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHARLES EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-019 |
| | ) | |
| DR. ANDREW HYNES; MEDICAL DIRECTOR PAT CLARK, Wheeler Correctional Facility; MS. COTTLE, Dental Assistant, Wheeler Correctional Facility; and DR. HUN, Dentist, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 JAN 18 A 10: 47
CLERK
SO. DIST. OF GA.

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 44.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's claims of deliberate indifference to his ingrown toenail and need for vitamins, Boost, and ibuprofen, all supervisory liability claims against Defendant Clark, and all claims of retaliatory transfer against Defendants Hynes, Hun, and Cottle. The Court further

**DISMISSES** Defendant Hynes from the case, as no claims against him remain.

SO ORDERED this 18th day of January, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE