FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JUN 15 AM 9:59
CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

CHARLES EDWARDS, )
)
    Plaintiff, )
)
v. ) CV 316-019
)
MEDICAL DIRECTOR PAT CLARK, )
Wheeler Correctional Facility; VIRGINIA )
COTTLE, Dental Assistant, Wheeler )
Correctional Facility; and DR. JASMINE )
AHN, Dentist, )
)
    Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS IN PART** and **DENIES IN PART** Defendants' motion for summary judgment. (Doc. no. 66-1.) The Court grants summary judgment as to Plaintiff's deliberate indifference claim against Defendant Cottle. The case shall proceed to trial on Plaintiff's deliberate indifference claim against Defendant Ahn and retaliatory transfer claim against

Defendant Clark.

SO ORDERED this 15th day of June, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2