```
                                                              FILED
                                                       U.S. DISTRICT COURT
       IN THE UNITED STATES DISTRICT COURT FOR THE      AUGUSTA DIV.
              SOUTHERN DISTRICT OF GEORGIA
                     DUBLIN DIVISION                  2018 JUL -9 PM 3:06
```

CHARLES EDWARDS,  
    
    Plaintiff,

v.                         CV 316-019

MEDICAL DIRECTOR PAT CLARK,  
Wheeler Correctional Facility,  
and DR. JASMINE AHN, Dentist,

    Defendants.

---

## O R D E R

On June 15, 2018, the Court entered an Order stating that, unless the parties filed objections on or before July 5, 2018, this matter would be referred to the United States Magistrate Judge for plenary disposition pursuant to 28 U.S.C. § 636(c). (Doc. No. 92.) On July 2, 2018, Plaintiff filed an objection, persisting in his demand for a jury trial.[1] Plaintiff misunderstands. The referral to the Magistrate Judge would not deprive him of a jury trial. Rather, the Magistrate Judge would preside over and conduct a jury trial in his courtroom. Thus, Plaintiff loses nothing by his consent in that regard. With referral, Plaintiff stands to gain a judge with greater familiarity with the case and an earlier trial date. Nevertheless, should Plaintiff still

---

[1] Defendants do not object to a trial by jury before the United States Magistrate Judge. (Doc. No. 94.)

object to referral to the Magistrate Judge, this Court will conduct the jury trial.

Upon the foregoing, and assuring Plaintiff that he would still have a jury trial before the Magistrate Judge, if Plaintiff continues to object to the referral, he must do so in writing filed with the Court **before the close of business Thursday, July 24, 2018.** <u>If Plaintiff fails to file an objection, the case will be referred to the Magistrate Judge for a jury trial since Plaintiff's objection filed on July 2, 2018, is baseless.</u>

**ORDER ENTERED** at Augusta, Georgia, this 9th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE