IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHARLES EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-019 |
| | ) | |
| MEDICAL DIRECTOR PAT CLARK, | ) | |
| Wheeler Correctional Facility and | ) | |
| DR. JASMINE AHN, Dentist, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Before the Court is the parties' stipulation of dismissal with prejudice. (Doc. no. 105.) The stipulation is signed by all parties in this case. (Id.) Upon due consideration, the Court finds dismissal is appropriate under Federal Rule of Civil Procedure 41(a). **IT IS THEREFORE ORDERED** Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its respective costs and attorney's fees, if any.

SO ORDERED this 20th day of September, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1